C. BROOKS CUTTER, SBN 121407
JOHN R. PARKER, JR. SBN 257761
KERSHAW CUTTER & RATINOFF, LLP
401 Watt Avenue
Sacramento, CA 95864
(916) 448-9800
(916) 669-4499 Facsimile

STEVE M. CAMPORA, SBN 110909
CATIA A. SARAIVA, SBN 232479
DREYER, BABICH, BUCCOLA,
WOOD & CAMPORA, LLP
20 Bicentennial Circle
Sacramento, CA  95826
Telephone: (916) 379-3500
Facsimile: (916) 379-3599

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOANNE KOEGEL;<br><br>          Plaintiff,<br><br>     v.<br><br>GOVERNMENT EMPLOYEES INSURANCE; and DOES 2 through 50, inclusive,<br><br>          Defendants. | Case No. 2:14-CV-00256 TLN EFB<br><br>**ORDER APPROVING JOINT STIPULATION FOR MODIFICATION OF PRETRIAL SCHEDULING ORDER FOR CONTINUANCE OF DISCOVERY CUT-OFF** |

Based upon the joint request of the Parties to this action, the Court hereby modifies its August 25, 2014, Pretrial Scheduling Order as follows:

Fact discovery shall be completed by July 1, 2015.

The Court's August 25, 2014 Order otherwise remains in place and all dates, including trial-related dates, dispositive motion deadlines, and expert disclosure deadlines, remain as set

forth in that Order.

IT IS SO ORDERED.

Dated:  April 3, 2015

_____
Troy L. Nunley
United States District Judge