C. BROOKS CUTTER, SBN 121407
JOHN R. PARKER, JR. SBN 257761
KERSHAW CUTTER & RATINOFF, LLP
401 Watt Avenue
Sacramento, CA 95864
Telephone: (916) 448-9800
Facsimile: (916) 669-4499

STEVE M. CAMPORA, SBN 110909
CATIA A. SARAIVA, SBN 232479
DREYER, BABICH, BUCCOLA,
WOOD & CAMPORA, LLP
20 Bicentennial Circle
Sacramento, CA 95826
Telephone: (916) 379-3500
Facsimile: (916) 379-3599

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOANNE KOEGEL;<br><br>   Plaintiff,<br><br>   v.<br><br>GOVERNMENT EMPLOYEES INSURANCE; and DOES 2 through 50, inclusive,<br><br>   Defendants. | Case No. 2:14-CV-00256 TLN EFB<br><br>**ORDER APPROVING STIPULATION FOR MODIFICATION OF PRETRIAL SCHEDULING ORDER** |

   Based upon the joint request of the Parties to this action, the Court hereby modifies its July 7, 2015, Pretrial Scheduling Order [Docket No. 15] as follows:

   Expert Disclosures shall be completed by October 2, 2015.

   The Court's July 7, 2015 Order shall otherwise remain in effect.

IT IS SO ORDERED.

Dated: September 21, 2015

_____
Troy L. Nunley
United States District Judge