UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE KOEGEL, | No. 2:14-cv-00256-TLN-EFB |
| Plaintiff, | |
| v. | **ORDER** |
| GOVERNMENT EMPLOYEES INSURANCE COMPANY, | |
| Defendant. | |

This matter is currently set for trial on June 6, 2016. However, due to a conflict with the Court's calendar, the Court hereby VACATES the trial date and the Final Pretrial Conference Hearing set for April 21, 2016. Thus, this matter must be reset for trial. However, the Court's docket cannot accommodate a trial until summer 2017.

Therefore, the Court hereby orders the parties to meet and confer as to whether both parties are willing to attend a settlement conference before the magistrate judge and whether the parties are amenable to consenting to the jurisdiction of the magistrate judge in order to have their trial concluded in a more timely matter. The parties are hereby ordered to file a joint statement with this Court within thirty (30) days of the entry of this order notifying the Court as to whether

///

1

a settlement conference would be beneficial and whether they would like to consent to the jurisdiction of the magistrate judge.

IT IS SO ORDERED.

Dated: April 15, 2016

Troy L. Nunley
United States District Judge