C. BROOKS CUTTER, SBN 121407
JOHN R. PARKER, JR. SBN 257761
CUTTER LAW P.C.
401 Watt Avenue
Sacramento, CA 95864
(916) 290-9400
(916) 5889330 Facsimile

STEVE M. CAMPORA, SBN 110909
DREYER, BABICH, BUCCOLA,
WOOD & CAMPORA, LLP
20 Bicentennial Circle
Sacramento, CA  95826
(916) 379-3500
(916) 379-3599 Facsimile:

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE KOEGEL;<br><br>                     Plaintiff,<br><br>          v.<br><br>GOVERNMENT EMPLOYEES INSURANCE; and DOES 2 through 50, inclusive,<br><br>                     Defendants. | Case No. 2:14-CV-00256 TLN EFB<br><br>**ORDER APPROVING JOINT STIPULATION FOR CONTINUATION OF PRETRIAL CONFERENCE** |

Based upon the joint request of the Parties to this action, IT IS HEREBY ORDERED that:

1. The April 6, 2017, pre-trial conference date is VACATED and RESET to May 4, 2017, at 2:00 p.m.

IT IS SO ORDERED.

DATED:   March 30, 2017

_____
Troy L. Nunley
United States District Judge