UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE KOEGEL, | No. 2:14-cv-00256-TLN-EFB |
| Plaintiff, | |
| v. | **ORDER** |
| GOVERNMENT EMPLOYEES INSURANCE COMPANY, INC., | |
| Defendant. | |

This matter is currently set for trial on June 5, 2017. However, during the Final Pretrial Conference on May 4, 2017, the parties informed the Court that they are amenable to attend a settlement conference before a magistrate judge.

The Court hereby VACATES the June 5, 2017, trial date. The Settlement Conference is SET for August 17, 2017, with Magistrate Judge Gregory G. Hollows. The Court hereby orders that the Final Pretrial Conference is RESET for July 27, 2017 at 02:00 PM and the Jury Trial is RESET for August 28, 2017, at 9:00 AM in Courtroom 2 before District Judge Troy L. Nunley. The parties do not need to file a new joint pre-trial statement.

IT IS SO ORDERED.

Dated: May 9, 2017

Troy L. Nunley
United States District Judge