C. Brooks Cutter, (SBN 121407)
John R. Parker, Jr., (SBN 257761)
CUTTER LAW P.C.
401 Watt Avenue
Sacramento, CA 95864
(916) 290.9400
(916) 588.9330 Facsimile

Steve M. Campora, (SBN 110909)
Catia A. Saraiva, (SBN 232479)
DREYER, BABICH, BUCCOLA,
WOOD & CAMPORA, LLP
20 Bicentennial Circle
Sacramento, CA 95826
Telephone: (916) 379-3500
Facsimile: (916) 379-3599

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE KOEGEL;<br><br>Plaintiff,<br><br>v.<br><br>GOVERNMENT EMPLOYEES INSURANCE; and DOES 2 through 50, inclusive,<br><br>Defendants. | Case No. 2:14-CV-00256 TLN EFB<br><br>**STIPULATED DISMISSAL WITH PREJUDICE [FRCP 41(a)(1) & (2)] and ORDER** |

It is hereby stipulated, pursuant to Rule 41(a)(1) and (2) of the Federal Rules of Civil Procedure, by and between the Plaintiff, JOANNE KOEGEL, by and through his attorney, John R. Parker, Jr., and Defendants GOVERNMENT EMPLOYEES INSURANCE, by and through its attorney, John J. Moura, that this case is dismissed in its entirety with prejudice.

Dated: August 29, 2017

Respectfully submitted,

**CUTTER LAW P.C.**

By: /s/ John R. Parker, Jr.
C. Brooks Cutter
John R. Parker, Jr.

*Attorneys for Plaintiff*

1
STIPULATED DISMISSAL

Dated: August 28, 2017　　　　　　　　**FREEMAN MATHIS & GARY, LLP**

By:　*/s/ John J. Moura*
　　　John J. Moura
　　　Glenn M. Kenna

*Attorneys for Defendant*

## ORDER

　　In consideration of the Stipulation entered by the parties to the United States District Court Eastern District of California Action, *Koegel v. Government Employees Insurance, et al.*, Case No. 2:14-CV-00256 TLN EFB, this case is hereby dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1) and (2) with the parties mentioned herein to bear their own fees and costs.

**IT IS SO ORDERED.**

Dated: August 29, 2017

　　　　　　　　　　　　　　　　　　　　　　　　　Troy L. Nunley
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge